IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JUSTIN CASTINE, RAYAN BLACK, MARTA-MARTA TABLAS-TOZO, and RENALDO LUNA, *on behalf of themselves and all others similarly situated*, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:18-CV-496-RP |
| ACCELORE GROUP, L.L.C., d/b/a ACCELORE SOLUTIONS; and DHL EXPRESS (USA), INC. d/b/a DHL EXPRESS; | § § § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

On this date, the Plaintiffs dismissed all claims against the Defendants in this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action upon filing a stipulation of dismissal signed by all parties who have appeared. Plaintiff has done so. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on January 16, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE